1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

RICKIE THOMAS,                              )
                                             )
           Petitioner,                       )          CASE NO.    C05-256-JLR-MJB
                                             )
    v.                                       )
                                             )
REED HOLTGEERTS,                             )          ORDER DISMISSING § 2254 PETITION
                                             )
           Respondent.                       )
_____)

9

10

11

12

13    The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28

14  U.S.C. § 2254, the Report and Recommendation of the Honorable Monica J. Benton, United States

15  Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and

16  ORDER:

17        (1)    The Court adopts the Report and Recommendation.

18        (2)    Petitioner's petition for a writ of habeas corpus (Dkt. #4, #7) is DISMISSED without

19               prejudice.

20        (3)    The Clerk is directed to send a copy of this Order to petitioner and to Judge Benton.

21        DATED this 7th day of July, 2005.

22

23                                        s/James L. Robart
                                          _____
24                                        JAMES L. ROBART
                                          United States District Judge

25

26

ORDER DISMISSING PETITION